# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 11 EM 2015
:
                Respondent       :
:
:
:
               v.            :
:
:
:
KEVIN LEWIS,            :
:
                Petitioner        :

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of March, 2015, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED**. Counsel is directed to file the already-prepared Petition for Allowance of Appeal within five days of this order.